May Term, 1860.

STURGIS
v.
RODMAN.

(1) *Ante,* 89.

---

STURGIS and Another *v.* RODMAN.*

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by *Rodman* against *Sturgis* and *Ellis,* to recover money deposited with them by the plaintiff. The defendants were non-residents of the state, and proceedings in attachment were had. *Ozias Bowen* was summoned as garnishee. Several creditors of *Sturgis* and *Ellis* filed their claims under the attachment, and final judgment was rendered against *Sturgis* and *Ellis,* and *Bowen* as garnishee, by default.

Several errors are assigned, but we shall not notice them, as no steps were taken in the Court below to correct them. It has been settled by several decisions that in judgments taken by default, the defendant must make his application to the Court below to correct the error, if any exist, before bringing the case here.

The appeal is dismissed with costs.

---

*This case was decided on the 8th of *June.* A petition for a rehearing was filed on the 7th of *August,* and overruled on the 23d of *November.*